1  DWIGHT C. DONOVAN (SBN 114785)
   ddonovan@foxrothschild.com
2  JACK PRAETZELLIS (SBN 267765)
   jpraetzellis@foxrothschild.com
3  **FOX ROTHSCHILD LLP**
   345 California Street, Suite 2200
4  San Francisco, California 94104
   Telephone:   415-364-5540
5  Facsimile:   415-391-4436

6  Attorneys for Defendant
   Michael Sweet

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  ANDREW LINTON, | CASE NO. 16-CV-06463-JST |
| 12       Appellant, | **STIPULATION AND ORDER TO DISMISS APPEAL** |
| 13       v. | |
| 14  MICHAEL SWEET | |
| 15       Appellee. | |
| 16  In re | CASE NO. 13-32412-HLB |
| 17  WB COYLE, AKA WILLIAM BERNARD COYLE, AKA W.B. COYLE, | Chapter 7 |
| 18  | |
| 19       Debtor. | |
| 20  ANDREW LINTON, | ADV. PROC. NO. 16-03082-HLB |
| 21       Plaintiff, | |
| 22       v. | |
| 23  ILLYA SIGAL et al., | |
| 24       Defendants. | |

It is hereby stipulated, pursuant to Federal Rules of Bankruptcy Procedure, Rule 8023, by and between appellant Andrew Linton and appellee Michael Sweet, the parties hereto, that the above-referenced appeal (District Court Case no. 3:16-CV-06463-JST) be hereby dismissed, with each party to bear its own fees and costs on the appeal.

Dated: December 7, 2016

FOX ROTHSCHILD LLP

By _____
DWIGHT C. DONOVAN
Attorneys for Defendant Michael Sweet

Dated: December 5, 2016

By _____
ANDREW LINTON
Plaintiff, *pro per*

**ORDER**

It is so ordered.

Dated: December 8, 2016

_____
United States District Court Judge